FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**IN THE UNITED STATES DISTRICT COURT**

**IN THE DISTRICT OF NEW MEXICO**

DEC 17 2004

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO.: 04-2557 JH |
| Plaintiff, ) | |
| ) | 18 U.S.C. § 471: Manufacturing |
| vs. ) | Counterfeit Obligations or Securities |
| ) | of the United States; 18 U.S.C. § 2: |
| **STACEY J. FISH, DAVID R. FISH,** ) | Aiding and Abetting; |
| **JOE D. FLORES, NADINE J.** ) | |
| **GONZALES,** ) | 18 U.S.C. § 492: Criminal Forfeiture. |
| ) | |
| Defendants. ) | |

**INFORMATION**

The United States Attorney charges:

Between on or about January 12, 2003, through on or about January 13, 2003, in Valencia ~~Sandoval~~ County, in the State and District of New Mexico, the Defendants, **STACEY FISH, DAVID R. FISH, JOE D. FLORES, NADINE J. GONZALES,** with intent to defraud, did counterfeit and falsely make, forge, and alter an obligation and security of the United States, to wit: three (3) counterfeit $100.00 Federal Reserve Notes bearing serial number AB48254897P, FRN P9686, BP 175, CL/Q C, Q# 1, FP C 183, Series 1996, FRB B2; three (3) counterfeit $50.00 Federal Reserve Notes, bearing serial number AB44326367D, FRN P9685, BP 175, CL/Q D, Q# 4, FP D 165, Series 1996, FRB B2; and four (4) counterfeit $20.00 Federal Reserve Notes, bearing serial number AL83428443I, FRN P9684, BP 167, CL/Q B, Q# 1, FP B 148, Series 1996, FRB L12.

In violation of 18 U.S.C. § 471.

## FORFEITURE ALLEGATION

As the result of the criminal offense in violation of 18 U.S.C. § 471, Manufacturing Counterfeit Securities of the United States, as alleged in this Information, the Defendants, **STACEY FISH, DAVID R. FISH, JOE D. FLORES, NADINE J. GONZALES,** shall forfeit to the United States, pursuant to 18 U.S.C. § 492, any material and apparatus used and fitted, and intended to be used, in the making of counterfeit obligations and other securities of the United States, including but not limited to the following computer equipment:

    a.    Noteworthy Keyboard, serial number 70770782;

    b.    Surge Protector, black, serial number 1C008S19453;

    c.    Generic Keyboard, serial number B1243261;

    d.    CPU Micron, serial number 2214402-0001;

    e.    Gateway Monitor, serial number MU19003A0027236;

    f.    Hewlett Packard DESKJET 950C Color Printer, serial number MX12K1S1JV;

    g.    Hewlett Packard SCANJET 7400C, serial number TW14UA0470;

    h.    Hewlett Packard SCANJET 5100C, serial number MX81G13D7B;

    i.    Dell CPU 4100, serial number 71QT901

    j.    Miscellaneous software and diskettes;

    k.    Micro Keyboard, serial number 101070330291;

    l.    Sony speakers, mouse, and assorted power cords;

    m.    Dell CPU 4100, serial number 3XBB601;

n. Epson Stylus color printer 440; serial number A5PY708127;

o. Flat screen Gateway monitor, serial number KUL5045B0032329; and;

p. Tech Solutions paper shredder TS4500.

In violation of 18 U.S.C. § 492.

DAVID C. IGLESIAS
United States Attorney

AMY SIRIGNANO
Assistant United States Attorney