**FILED**

IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

JUL - 8 2005

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No. CR04-~~2257~~JH |
| -vs- | 2557 JH |
| Joe D. Flores, | |
| Defendant. | |

### ORDER

The Court, moving on its own motion with information from U.S. Pretrial Services, **HEREBY ORDERS** that the defendant's voluntary surrender granted on May 23, 2005, is hereby rescinded. The defendant is remanded to the custody of the U.S. Marshal for transfer to the designated Bureau of Prisons facility to commence his 12 months and 1 day prison sentence.

_____
Honorable Judith C. Herrera
U.S. District Judge